<span style="color:red">**Electronically Filed
Supreme Court
SCWC-21-0000656
06-JAN-2025
02:19 PM
Dkt. 7 OGAC**</span>

SCWC-21-0000656

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Petitioner/Plaintiff-Appellee/Cross-Appellant,

vs.

PETER GREWER,
Respondent/Defendant-Appellant/Cross-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000656; CASE NO. 5PC-18-0000161)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Plaintiff-Appellee/Cross-Appellant State of Hawai‘i's Application for Writ of Certiorari, filed on November 26, 2024, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai‘i, January 6, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd. W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

